IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:0 5CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| AFFILIATED FM INSURANCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 7, 2005, file their Report of Parties' Planning Conference.

DATED September 20, 2005

/s/ David L. Piester
United States Magistrate Judge