IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05cv5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 21 be stricken from the record for the following reason:

- Duplicate document of number 20.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 21 from the record.

DATED this 21st day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court