IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA Ethanol LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the joint
stipulation of the parties to stay this action pending
investigation and determination of additional damage and
potential liability of the parties (Filing No. 34).  The Court
finds this request should be granted.  Accordingly,

IT IS ORDERED:

1) The parties' request is granted.  This action is
stayed pending further order of the Court.

2) The parties shall submit a joint status report on or
before October 16, 2006, concerning the progress of the claims of
the parties.

DATED this 21st day of August, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court