IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA Ethanol LLC,            )
                              )
          Plaintiff,          )        7:05CV5010
                              )
     v.                       )
                              )
AFFILIATED FM INSURANCE       )        ORDER
COMPANY,                      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the joint stipulation of the parties to stay this action pending investigation and determination of additional damage (Filing No. 38).  The Court finds this request should be granted.  Accordingly,

IT IS ORDERED:

1) The parties' request is granted.  This action is stayed pending further order of the Court.

2) The parties shall submit a joint status report on or before February 2, 2007, concerning the progress of the claims of the parties.

DATED this 19th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court