IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

KAAPA Ethanol LLC,             )
                               )
           Plaintiff,          )      7:05CV5010
                               )
     v.                        )
                               )
AFFILIATED FM INSURANCE        )      ORDER
COMPANY,                       )
                               )
           Defendant.          )
_____)

This matter is before the Court on the joint stipulation of the parties to stay this action pending further investigation and determination of additional damage (Filing No. 40). The Court finds this request should be granted. Accordingly,

IT IS ORDERED:

1) The parties' request is granted. This action is stayed pending further order of the Court.

2) The parties shall submit a joint status report on or before March 19, 2007, concerning the progress of the claims of the parties.

DATED this 5th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court