IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA Ethanol LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint stipulation of the parties (Filing No. 46) that defendant have until May 10, 2007, to answer or otherwise respond to plaintiff's amended complaint. The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the joint stipulation is approved and adopted; defendant shall have until May 10, 2007, to answer or otherwise respond to plaintiff's amended complaint.

DATED this 2nd day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court