IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA Ethanol LLC,            )
                              )
          Plaintiff,          )      7:05CV5010
                              )
     v.                       )
                              )
AFFILIATED FM INSURANCE       )          ORDER
COMPANY,                      )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the motion for leave to withdraw appearance of Pamela D. Hans (Filing No. 67). The Court notes that plaintiff is represented by other attorneys. Accordingly,

IT IS ORDERED that said motion is granted; Pamela D. Hans is deemed withdrawn as counsel for plaintiff.

DATED this 29th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court