IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA Ethanol LLC,            )
                              )
           Plaintiff,         )      7:05CV5010
                              )
     v.                       )
                              )
AFFILIATED FM INSURANCE       )      ORDER
COMPANY,                      )
                              )
           Defendant.         )
_____)
```

This matter is before the Court on the motion of plaintiff for relief from certain dates in the progression order (Filing No. 84), and defendant's response (Filing No. 91). Both parties seek a sixty-day extension for completion of discovery, and to that extent, the joint motions will be granted. Accordingly,

IT IS ORDERED:

1) The discovery deadline is extended to April 1, 2008.

2) A telephonic scheduling conference is scheduled for:

**Thursday, January 17, 2008, at 11 a.m.**

to discuss further modifications to the scheduling order, set a trial date, and discuss the status of defendant's motion to compel. This office will initiate the call.

DATED this 11th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court