IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AFFILIATED FM INSURANCE COMPANY,<br><br>Defendant. | ) | 7:05CV5010<br><br><br><br>ORDER |

This matter is before the Court on the motion to withdraw as counsel filed by William T. Wright (Filing No. 93). The Court notes other counsel has entered an appearance on behalf of plaintiff and finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion to withdraw is granted.

DATED this 15th day of January, 2008.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court