IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation and protective order regarding confidentiality (Filing No. 103). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the stipulation and protective order regarding confidentiality is approved and adopted. The parties shall abide by the terms and conditions therein.

DATED this 11th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court