```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

KAAPA ETHANOL, LLC,          )
                             )
            Plaintiff,       )         7:05CV5010
                             )
       v.                    )
                             )
AFFILIATED FM INSURANCE      )           ORDER
COMPANY,                     )
                             )
            Defendant.       )
_____)
```

This matter is before the Court on the motion to withdraw as counsel filed by the law firm of Reed Smith LLP, to permit Nicholas M. Insua to withdraw as counsel (Filing No. 135). The Court notes other counsel continue to represent plaintiff. Accordingly,

IT IS ORDERED that the motion to withdraw is granted. Nicholas M. Insua is deemed withdraw as counsel of record for plaintiff.

DATED this 10th day of June, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court