IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| V. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE, | ) | ORDER |
| Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's motion to continue the deadline for filing a reply in support of defendant's motion to exclude the expert testimony of Donald Malecki, filing 176, is granted. The reply brief filed by the defendant on July 15, 2008, filing 179, is therefore deemed timely filed.

DATED this 16th day of July, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge