```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

|   |   |   |
|---|---|---|
| KAAPA ETHANOL, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE, Company, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

At the court's request, the defendant has submitted paper copies of engineering diagrams electronically filed of record as [filing 125-5](), ex. R (sheet numbers 304 & 310), at CM/ECF pp. 31, 34. The print on these diagrams was cited by one or both of the parties in their briefs, but the electronically filed versions (having been substantially reduced to accommodate scanning), were unreadable.

The court has marked the paper exhibits for filing in the court's record as follows:

Filing 125, ex. R, sheet 304:

    The 24 x 36 inch copy:  Filing 125, ex. R-304(24x36)
    The 11 x 17 inch copy:  Filing 125, ex. R-304(11x17)

Filing 125, ex. R, sheet 310:

    The 24 x 36 inch copy:  Filing 125, ex. R-310(24x36)
    The 11 x 17 inch copy:  Filing 125, ex. R-310(11x17)


IT IS ORDERED:

1. The clerk shall file the previously described paper copies in the court's record as part of filing 125, and shall modify the text entry for filing 125 to specifically reference this order and state that paper

      copies have been filed and are being maintained in the clerk's office.

2. The clerk shall transfer these exhibits to the clerk's office in Omaha.

DATED this 29th day of July, 2008.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge