```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

KAAPA ETHANOL, L.L.C.,         )
                               )
          Plaintiff,           )        7:05CV5010
                               )
     V.                        )
                               )
AFFILIATED FM INSURANCE,       )        AMENDED ORDER
Company,                       )
                               )
          Defendant.           )
                               )
```

   The court's prior order affirming the trial date, filing 198, incorrectly states that trial is set to commence on August 22, 2008.

   The trial of this case remains set to commence on **August 26, 2008**.

   DATED this 29th day of July, 2008.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge