IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA ETHANOL, LLC,             )
                                )
            Plaintiff,          )        7:05CV5010
                                )
       v.                       )
                                )
AFFILIATED FM INSURANCE         )            ORDER
COMPANY,                        )
                                )
            Defendant.          )
_____)
```

This matter is before the Court after a telephone conference with counsel.  The Court finds the parties should have an extension of deadlines.  Accordingly,

IT IS ORDERED:

1) The parties shall have until August 12, 2008, to file objections to the report and recommendation of the magistrate judge.

2) Responses to any objections shall be made on or before August 26, 2008.

3) The pretrial conference is cancelled and will be rescheduled after ruling has been made on any such objections.

4) The parties shall advise the Court on or before September 30, 2008, whether they wish to pursue mediation and, if so, what procedures they will use.

5)  Trial of the matter is continued until further order of the Court.

DATED this 31st day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court