IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA ETHANOL, LLC,           )
                              )
           Plaintiff,         )        7:05CV5010
                              )
      v.                      )
                              )
AFFILIATED FM INSURANCE       )        ORDER
COMPANY,                      )
                              )
           Defendant.         )
_____)
```

At the request of the parties,

IT IS ORDERED that a status conference is rescheduled for:

**Thursday, February 5, 2009, at 1:30 p.m.**

in the Chambers of the undersigned, Suite 3190 Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The parties shall be prepared to establish a progression schedule for discovery and to select a trial date.

DATED this 5th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court