IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the pretrial conference in this matter is scheduled for:

**Wednesday, October 28, 2009, at 10 a.m.**

in the Chambers of Magistrate Judge David L. Piester, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 22nd day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court