IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint stipulation (Filing No. 258) requesting an extension of time in which to file their respective motions in limine. The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the joint stipulation is approved and adopted; the parties shall have until October 9, 2009, in which to file their respective motions in limine.

DATED this 24th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court