IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA ETHANOL, LLC,         )
                            )
          Plaintiff,        )      7:05CV5010
                            )
     v.                     )
                            )
AFFILIATED FM INSURANCE     )      ORDER
COMPANY,                    )
                            )
          Defendant.        )
_____)
```

This matter is before the Court on plaintiff's motion for leave to take trial depositions (Filing No. 242). The Court has reviewed the motion and the briefs in support of and in opposition to said motion. As both of the proposed witnesses have had video depositions taken, the Court finds that plaintiff's motion should be denied. Accordingly,

IT IS ORDERED that the motion for leave to take trial depositions is denied.

DATED this 29th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court