IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA ETHANOL, LLC,            )
                               )
          Plaintiff,           )        7:05CV5010
                               )
     v.                        )
                               )
AFFILIATED FM INSURANCE        )           ORDER
COMPANY,                       )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's motion
in limine to exclude the supplemental report of Ryan Beckman
(Filing No. 282).  The Court has reviewed the motion, the
memorandum of the defendant in support of its motion (Filing No.
283), the index of evidence filed by the defendant in support of
its motion (Filing No. 284), the plaintiff's brief in opposition
to defendant's motion (Filing No. 321), and the affidavit and
index in support of plaintiff's opposition to defendant's motion
(Filing No. 322).  After review of these materials, the Court
finds the defendant's motion should be denied.  Accordingly,

IT IS ORDERED that defendant's motion in limine to
exclude the supplemental report of Ryan Beckman is denied.

DATED this 3rd day of November, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court