IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint stipulation of the parties (Filing No. 424) requesting extensions of time in which to file their respective reply briefs in support of KAAPA's motion for attorney fees and prejudgment interest and Affiliated FM's motion on the disposition of the extra fermentation tank and renewed motion for judgment as a matter of law or, in the alternative, for a new trial.  Accordingly,

IT IS ORDERED that the joint stipulation is approved and adopted; the parties shall have until February 23, 2010, in which to file their respective briefs.

DATED this 10th day of February, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court