IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| KAAPA ETHANOL, LLC, ) | |
| ) | |
| Plaintiff, ) | 7:05CV5010 |
| ) | |
| v. ) | |
| ) | |
| AFFILIATED FM INSURANCE ) | ORDER |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on the joint stipulation of the parties (Filing No. 460) agreeing that Affiliated FM will have until May 11, 2010, to file its response to the additional materials filed under seal by KAAPA in support of its motion for attorney fees and costs.  Accordingly,

IT IS ORDERED that the joint stipulation is approved and adopted; Affiliated FM shall have until May 11, 2010, to file its response as provided in the stipulation.

DATED this 29th day of April, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court