```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

KAAPA ETHANOL, LLC,            )
                               )
          Plaintiff,           )        7:05CV5010
                               )
     v.                        )
                               )
AFFILIATED FM INSURANCE        )            ORDER
COMPANY,                       )
                               )
          Defendant.           )
_____ )
```

This matter is before the Court on KAAPA's motion to compel limited discovery of Affiliated FM's attorney fee and cost information (Filing No. 431) and KAAPA's letter request to file a reply to Filing Nos. 471 and 472.  The Court has reviewed the parties' filings with respect to KAAPA's motion to compel limited discovery and KAAPA's motion for attorney fees and prejudgment interest, as well as the applicable law.  Upon review,

IT IS ORDERED:

1) KAAPA's motion to compel limited discovery of Affiliated FM's attorney fee and cost information (Filing No. 431) is denied; and

2) KAAPA's letter request to file a reply to Filing Nos. 471 and 472 is granted, but shall be limited to responding

to Filing Nos. 471 and 472.  Said reply shall be filed on or before June 1, 2010.

DATED this 21st day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court