IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA ETHANOL, LLC,          )
                             )
          Plaintiff,         )        7:05CV5010
                             )
     v.                      )
                             )
AFFILIATED FM INSURANCE      )        ORDER AND JUDGMENT
COMPANY,                     )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the order by the United States Court of Appeals for the Eighth Circuit remanding the matter for entry of a final judgment (Filing No. 485).

IT IS ORDERED:

1)   Plaintiff shall be awarded attorney fees and expenses in the amount of $1,966,422.98;

2)   Plaintiff's request for an award of prejudgment interest is denied; and

3)   Declaratory Judgment is entered in plaintiff's favor in conformance with this order and judgment and the March 25, 2010, order and judgment (Filing No. 446).

DATED this 31st day of August, 2010.

                                        BY THE COURT:

                                        /s/ Lyle E. Strom
                                        _____
                                        LYLE E. STROM, Senior Judge
                                        United States District Court