IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA ETHANOL, LLC,         )
                            )
          Plaintiff,        )        7:05CV5010
                            )
     v.                     )
                            )
AFFILIATED FM INSURANCE     )        ORDER
COMPANY,                    )
                            )
          Defendant.        )
_____)
```

This matter is before the Court after remand from the United States Court of Appeals for the Eighth Circuit and the issuance of the mandate (Filing No. 499).

IT IS ORDERED that a planning conference is scheduled before the undersigned on:

**Friday, December 16, 2011, at 10 a.m.**

in the Chambers of the undersigned.  The parties may participate by telephone by notifying Judge Strom's office prior to the conference.

DATED this 8th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court