IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After conference with counsel,

IT IS ORDERED that the parties shall advise the Court, on or before January 17, 2012, whether they have agreed to mediation in an effort to resolve the issues remaining in this case.

DATED this 21st day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court