IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
KAAPA ETHANOL, LLC,         )
                            )
            Plaintiff,      )      7:05CV5010
                            )
      v.                    )
                            )
AFFILIATED FM INSURANCE     )      ORDER
COMPANY,                    )
                            )
            Defendant.      )
_____)
```

This matter is before the Court on the joint stipulation discharging supersedeas bond, Bond No. 105453144 (Filing No. 503), posted by Travelers Casualty and Surety Company of America, as surety, in the amount of Six Million One Hundred and Fifty Thousand Dollars ($6,150,000.00) at the request of Affiliated FM Insurance Company, as Principal.  The Court notes plaintiff agrees and represents it does not have an objection, and consents to the entry of an order discharging the Supersedeas Bond and releasing Travelers Casualty and Surety Company and its parents, affiliates and subsidiaries (Travelers) from any and all liability.  Accordingly,

IT IS ORDERED:

1) The Supersedeas Bond is no longer required and is fully and unconditionally discharged and exonerated, and Travelers Casualty and Surety Company of America is released from any and all past, present and future liability arising under and in connection with the issuance of the Supersedeas Bond.

2) The Clerk of the Court is directed to forthwith release the Supersedeas Bond recorded with this Court to Matthew J. Gollinger, for immediate return to Travelers Casualty and Surety Company of America.

DATED this 12th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court