IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 7:05CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| AFFILIATED FM INSURANCE COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion to withdraw as counsel filed by the law firm of Jacobsen, Orr, Lindstrom & Holbrook, P.D., L.L.C., to permit Loralea L. Frank to withdraw as counsel (Filing No. 506). The Court notes other counsel continue to represent plaintiff. Accordingly,

IT IS ORDERED that the motion to withdraw is granted. Loralea L. Frank is deemed withdraw as counsel of record for plaintiff and shall no longer receive notice of CM/ECF filings.

DATED this 17th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court