IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAAPA ETHANOL, L.L.C., | ) | Case No. 7:05CV5010 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| AFFILIATED FM INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

The following Court exhibits from the Pretrial Conference Hearing held on October 28, 2009 in this matter will be destroyed:  Exhibits 2, 3, 5, 7, 8, 11, 12, 13, 14, 22, 24, 33, 34, 35, 37, 45, 47, 54, 61, 63, 70, 74, 75, 76, 77, 79, 80, 81, 82, 85, 86, 87, 92, 93, 94, 95, 96, 97, 98, 101, 105, 104, 105, 106, 107, 108, 109, 110, 112, 113, 114, 115, 116, 119, 120, 121, 126, 127, 140, 146, 148, 150, 156, 157, 158, 165, 169, 170, 173, 174, 176, 177, 179, 180, 181, 183, 184, 185, 187, 189, 190, 202, 204, 208, 210, 211, 221, 222, 226, 227, 228, 232, 233, 234, 235, 236, 238, 239, 240, 244, 248,250, 252, 258, 260, 267, 268, 268, 277, 280, 281, 282, 283, 285, 287, 290, 293, 295, 298, 305, 312, 316, 324, 331, 332, 333, 334, 814, 816, 817, 817A, 818, 819, 820, 825, 829, 830, 831, 835, 836, 837, 838, 840, 841, 842, 843, 844, 845, 846, 847, 848, 849, 850, 851, 852, 853, 854, 855, 856, 857, 858, 859B, 859C, 860, 861, 862, 863, 864, 865, 867, 868, 869, 870, 871, 872, 873, 874, 875, 877, 878, 879, 880, 881, 882, 883, 884, 885, 886, 887.   In reviewing the pretrial conference order, Filing No. 348 and the above exhibits, it appears that some of the exhibits are incomplete based on the exhibit list found in the pretrial conference order.

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed court exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:  October 11, 2018

BY THE COURT

s/ Laurie Smith Camp
Chief United States District Judge